■ RICHARD L. WOLFSON, Appellant, v PETER M. CALAMEL, Respondent. (Appeal No. 2.)—Order unanimously affirmed with costs. Same Memorandum as *Wolfson v Calamel* ([appeal No. 1] 188 AD2d 1083 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Wolf, Jr., J.—Settle Record on Appeal.) Present—Denman, P. J., Pine, Balio, Fallon and Davis, JJ.

■ STEPHEN J. BELLOW, Respondent, v KIDD-KOTT CONSTRUCTION CO., INC., Appellant.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Rath, Jr., J. (Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Summary Judgment.) Present—Denman, P. J., Pine, Balio, Fallon and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAOMI BRANCH, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Burke, J.—Attempted Robbery, 1st Degree.) Present—Callahan, J. P., Green, Lawton, Boehm and Doerr, JJ.